```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04164-MDF
John Daniel Wolfe                                                   Chapter 13
Carol Denise Wolfe
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AGarner              Page 1 of 1            Date Rcvd: Jan 19, 2017
                              Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
4748049        +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman     on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor John Daniel Wolfe ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Joint Debtor Carol Denise Wolfe ephillips@larrywwolf.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc dba GM Financial
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04164-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

John Daniel Wolfe
6 Valley Run Circle
Hanover PA 17331

Carol Denise Wolfe
6 Valley Run Circle
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/19/2017.

Name and Address of Alleged Transferor(s):

Claim No. 15: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Bank of America, N.A., P.O. Box 31785, Tampa, FL 36311

Name and Address of Transferee:

The Bank of New York Mellon
c/o Ditech Financial LLC
P.O. Box 6154
Rapid City, SD 57709-6154
The Bank of New York Mellon
c/o Ditech Financial LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/21/17

Terrence S. Miller
**CLERK OF THE COURT**