In re:  
John Daniel Wolfe  
Carol Denise Wolfe  
    Debtors

Case No. 15-04164-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: TWilson     Page 1 of 1     Date Rcvd: Aug 24, 2017  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
4874934     +E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2017 10:26:39     The Bank of New York Mellon, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154, The Bank of New York Mellon, c/o Ditech Financial LLC 57709-6154  
                                                                                     TOTAL: 1

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com  
        Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Larry W. Wolf    on behalf of Debtor John Daniel Wolfe ephillips@larrywwolf.com  
        Larry W. Wolf    on behalf of Joint Debtor Carol Denise Wolfe ephillips@larrywwolf.com  
        Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
        William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
        William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                  TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04164-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

John Daniel Wolfe
6 Valley Run Circle
Hanover PA 17331

Carol Denise Wolfe
6 Valley Run Circle
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2017.

Name and Address of Alleged Transferor(s):

Claim No. 15: The Bank of New York Mellon, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154, The Bank of New York Mellon, c/o Ditech Financial LLC

Name and Address of Transferee:

The Bank of New York Mellon as Trustee
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
The Bank of New York Mellon as Trustee
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/25/17

Terrence S. Miller
**CLERK OF THE COURT**