UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN D. WOLFE            CASE NO. 1-15-04164 HWV
       CAROL D. WOLFE

              Debtors
                                CHAPTER 13


ELECTION TO CONVERT CHAPTER 13 CASE TO
UNDER CHAPTER 7


1. Debtors are John D. Wolfe and Carol D. Wolfe.

2. On September 28, 2015, Debtors filed a Chapter 13 Bankruptcy Petition in the Middle District of Pennsylvania, Harrisburg Office docketed to No. 1-15-04164.

3. Debtors wish to convert their Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307 (a) of the Bankruptcy code ( title 11 of the United States Code).

4. This case has not been previously converted.

**WHEREFORE,** pursuant to the provisions of 11 U.S.C. § 1307(a) Debtors elect to have their Chapter 13 case converted to a case under Chapter 7.

**Dated  March 21, 2019**

                                                  Respectfully submitted,

                                              /s/ Larry W. Wolf, Esquire
                                                215 Broadway
                                                Hanover, PA  17331
                                                I D NO 21509