```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 15-04164-HWV
John Daniel Wolfe                                           Chapter 7
Carol Denise Wolfe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: KADavis        Page 1 of 1        Date Rcvd: Apr 04, 2019
                            Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
db/jdb         +John Daniel Wolfe,   Carol Denise Wolfe,   6 Valley Run Circle,   Hanover, PA 17331-9269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
              Danielle  Boyle-Ebersole    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 John Daniel Wolfe ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 2 Carol Denise Wolfe ephillips@larrywwolf.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com,  pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc dba GM Financial
                ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN DANIEL WOLFE and CAROL DENISE WOLFE | : | |
| | : | |
| DEBTORS | : | CASE NO. 1-15-bk-04164-HWV |
| | : | |
| ANDREW R. VARA ACTING UNITED STATES TRUSTEE | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN DANIEL WOLFE and CAROL DENISE WOLFE | : | |
| | : | |
| Respondents | : | |

## ORDER

Upon consideration of the Stipulation of the United States Trustee ("UST") and Debtors and the record as a whole, IT IS HEREBY ORDERED THAT:

1. Pursuant to Title 11 U.S.C. § 727(a)(8), Debtors are not eligible to receive a discharge of their debts in the within case;

2. Debtors' discharge in the instant case is DENIED.

Dated: April 4, 2019

By the Court,

Henry W. Van Eck, Bankruptcy Judge (LS)