In re:                                                      Case No. 15-04164-HWV
John Daniel Wolfe                                           Chapter 7
Carol Denise Wolfe
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: KADavis        Page 1 of 2              Date Rcvd: May 02, 2019
                           Form ID: ntnoshow     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
```
db/jdb         +John Daniel Wolfe,    Carol Denise Wolfe,    6 Valley Run Circle,    Hanover, PA 17331-9269
cr             +Americredit Financial Services, Inc dba GM Financi,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI  48034)
4734253        +ACE CASH EXPRESS,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
4725210       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
4741371        +AmeriCredit Financial Services, Inc. dba GM Financ,    4000 Embarcadero Dr.,
                 Arlington, Texas 76014-4101
4701750         Bank of America, N.A.,    Payment Processing,    P O Box 660833,    Dallas, TX 75266-0833
4701752        +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 502,    Camp Hill, PA 17011-6943
4701754        +Carrie A. Brown, Esquire,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
4702559        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4701755        +Credit Acceptance,    P O Box 5070,    Southfield, MI 48086-5070
4701758        +First Premier Bank,    601 Minnesota Avenue,    Sioux Falls, SD 57104-4868
4701759        +GM Financial,    P O Box 181145,    Arlington, TX 76096-1145
4744788        +Porania LLC,    c/o BIltmore Asset Management,    24500 Center Ridge Rd Ste 472,
                 Westlake, OH 44145-5605
4701765       ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
                (address filed with court: S C Electric & gas,    P O Box 100255,    Columbia, SC 29202)
4748049        +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
4960194        +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
4960195        +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    The Bank of New York Mellon as Trustee,
                 84119-3284
4747716        +Wells Fargo Bank, N.A.,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
4724761        +York Hospital,    1001 S George St,    York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com May 02 2019 19:24:04     Ditech Financial LLC,
                 PO BOX 6154,    RAPID CITY, SD 57709-6154
4707088         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 19:33:49
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
4726643         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 19:34:07
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
4701749        +E-mail/Text: rperez@arcadiarecovery.com May 02 2019 19:24:18     Arcadia Recovery Bureau,
                 645 Penn Street,    Reading, PA 19601-3543
4701751        +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 02 2019 19:24:37
                 Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
4701756        +E-mail/PDF: creditonebknotifications@resurgent.com May 02 2019 19:22:42     Credit One Bank,
                 P O Box 98873,    Las Vegas, NV 89193-8873
4701757        +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com May 02 2019 19:24:24     Drivetime,
                 7300 E. Hampton Avenue,    Suite 101,    Mesa, AZ 85209-3324
4762379        +E-mail/Text: cio.bncmail@irs.gov May 02 2019 19:24:02     Internal Revenue Service,
                 P O BOX 7346,    Philadelphia PA 19101-7346
4744227         E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2019 19:24:19     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4701760        +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 19:22:43     LVNV Funding LLC,
                 P O Box 10497,    Greenville, SC 29603-0497
4743943         E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 19:22:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4701762        +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2019 19:24:13     Midland Funding,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
4701763        +E-mail/Text: Bankruptcies@nragroup.com May 02 2019 19:24:35     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4701764         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 19:22:41
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
4720068         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 19:23:23
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4705752         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 19:24:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4701766        +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 19:23:21     Synchrony Bank/Care Credit,
                 C/O P O Box 965036,    Orlando, FL 32896-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4874933         E-mail/Text: bankruptcy.bnc@ditech.com May 02 2019 19:24:04    The Bank of New York Mellon,
                c/o Ditech Financial LLC,   P.O. Box 6154,   Rapid City, SD 57709-6154
4874934        +E-mail/Text: bankruptcy.bnc@ditech.com May 02 2019 19:24:04    The Bank of New York Mellon,
                c/o Ditech Financial LLC,   P.O. Box 6154,   Rapid City, SD 57709-6154,
                The Bank of New York Mellon,   c/o Ditech Financial LLC 57709-6154
4701767        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2019 19:23:53
                Verizon Wireless,   5000 Britton Pky.,   Hilliard, OH 43026-9445
                                                                         TOTAL: 20
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4728821         Credit Acceptance Corporation25505 West 12 Mile Ro
4707319         Met-Ed - 2800 Pottsville Pike, Reading, PA 19605
4701753*       +Bureau of Account Management,   3607 Rosemont Avenue,   Suite 502,   Camp Hill, PA 17011-6943
4701761*       +LVNV Funding, LLC,   P O Box 10497,   Greenville, SC 29603-0497
cr             ##+SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
4729423        ##+Porania LLC,   P. O. Box 11405,   Memphis TN 38111-0405
                                                             TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
```
          Danielle Boyle-Ebersole   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
          debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          Joshua I Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Larry W. Wolf   on behalf of Debtor 1 John Daniel Wolfe ephillips@larrywwolf.com
          Larry W. Wolf   on behalf of Debtor 2 Carol Denise Wolfe ephillips@larrywwolf.com
          Steven M. Carr (Trustee)   carrtrustee@yahoo.com,  pa31@cfcbis.com
          Thomas I Puleo   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig   on behalf of Creditor   Americredit Financial Services, Inc dba GM Financial
          ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

John Daniel Wolfe,

**Debtor 1**

Carol Denise Wolfe,

**Debtor 2**

Chapter    7

Case No.    1:15–bk–04164–HWV

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **May 22, 2019** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **May 22, 2019**.

**If no objections are filed by May 22, 2019, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 2, 2019 |

ntnoshow (07/18)