```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 15-04164-HWV
John Daniel Wolfe                                               Chapter 7
Carol Denise Wolfe
            Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1         User: KADavis              Page 1 of 2       Date Rcvd: Jun 04, 2019
                             Form ID: ordsmiss          Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.

```
db/jdb      +John Daniel Wolfe,    Carol Denise Wolfe,    6 Valley Run Circle,    Hanover, PA 17331-9269
cr          +Americredit Financial Services, Inc dba GM Financi,    4000 Embarcadero Dr.,
              Arlington, TX 76014-4101
cr         ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
              Southfield, MI  48034)
4734253     +ACE CASH EXPRESS,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
4741371     +AmeriCredit Financial Services, Inc. dba GM Financ,     4000 Embarcadero Dr.,
              Arlington, Texas 76014-4101
4701750      Bank of America, N.A.,    Payment Processing,    P O Box 660833,    Dallas, TX 75266-0833
4701752     +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 502,    Camp Hill, PA 17011-6943
4701754     +Carrie A. Brown, Esquire,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
4702559     +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4701755     +Credit Acceptance,    P O Box 5070,    Southfield, MI 48086-5070
4744788     +Porania LLC,   c/o BIltmore Asset Management,    24500 Center Ridge Rd Ste 472,
              Westlake, OH 44145-5605
4701765    ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
             (address filed with court: S C Electric & gas,     P O Box 100255,    Columbia, SC 29202)
4960194     +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
              3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
4960195     +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
              3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    The Bank of New York Mellon as Trustee,
              84119-3284
4724761     +York Hospital,    1001 S George St,    York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr          +EDI: BANKAMER.COM Jun 04 2019 23:18:00     BANK OF AMERICA, N.A.,    2380 Performance Dr.,
              Richardson, TX 75082-4333
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Jun 04 2019 19:17:24      Ditech Financial LLC,
              PO BOX 6154,    RAPID CITY, SD 57709-6154
4725210      EDI: PHINAMERI.COM Jun 04 2019 23:18:00      Americredit Financial Services, Inc.,
              PO Box 183853,    Arlington TX 76096
4707088      EDI: AIS.COM Jun 04 2019 23:18:00      American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4726643      EDI: AIS.COM Jun 04 2019 23:18:00      American InfoSource LP as agent for,    Verizon,
              PO Box 248838,    Oklahoma City, OK  73124-8838
4701749     +E-mail/Text: rperez@arcadiarecovery.com Jun 04 2019 19:17:37      Arcadia Recovery Bureau,
              645 Penn Street,    Reading, PA 19601-3543
4701751     +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 04 2019 19:17:48
              Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
4701756     +EDI: RCSFNBMARIN.COM Jun 04 2019 23:18:00      Credit One Bank,    P O Box 98873,
              Las Vegas, NV 89193-8873
4701757     +EDI: DVTM.COM Jun 04 2019 23:18:00     Drivetime,    7300 E. Hampton Avenue,    Suite 101,
              Mesa, AZ 85209-3324
4701758     +EDI: AMINFOFP.COM Jun 04 2019 23:18:00      First Premier Bank,    601 Minnesota Avenue,
              Sioux Falls, SD 57104-4868
4701759     +EDI: PHINAMERI.COM Jun 04 2019 23:18:00      GM Financial,    P O Box 181145,
              Arlington, TX 76096-1145
4762379     +EDI: IRS.COM Jun 04 2019 23:18:00     Internal Revenue Service,    P O BOX 7346,
              Philadelphia PA 19101-7346
4744227      EDI: JEFFERSONCAP.COM Jun 04 2019 23:18:00      Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
4701760     +EDI: RESURGENT.COM Jun 04 2019 23:18:00      LVNV Funding LLC,    P O Box 10497,
              Greenville, SC 29603-0497
4743943      EDI: RESURGENT.COM Jun 04 2019 23:18:00      LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
4701762     +EDI: MID8.COM Jun 04 2019 23:18:00     Midland Funding,    8875 Aero Drive,    Suite 200,
              San Diego, CA 92123-2255
4701763     +E-mail/Text: Bankruptcies@nragroup.com Jun 04 2019 19:17:46      National Recovery Agency,
              2491 Paxton Street,    Harrisburg, PA 17111-1036
4701764      EDI: PRA.COM Jun 04 2019 23:18:00     Portfolio Recovery Associates,    120 Corporate Blvd.,
              Suite 100,    Norfolk, VA 23502
4720068      EDI: PRA.COM Jun 04 2019 23:18:00     Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
4705752      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2019 19:17:30
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4701766     +EDI: RMSC.COM Jun 04 2019 23:18:00     Synchrony Bank/Care Credit,    C/O P O Box 965036,
              Orlando, FL 32896-0001
4748049     +EDI: BANKAMER.COM Jun 04 2019 23:18:00     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,
              Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
```

```
District/off: 0314-1               User: KADavis                Page 2 of 2                  Date Rcvd: Jun 04, 2019
                                   Form ID: ordsmiss            Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4874933        E-mail/Text: bankruptcy.bnc@ditech.com Jun 04 2019 19:17:24     The Bank of New York Mellon,
                 c/o Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
4874934       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 04 2019 19:17:24     The Bank of New York Mellon,
                 c/o Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154,
                 The Bank of New York Mellon,    c/o Ditech Financial LLC 57709-6154
4701767       +EDI: VERIZONCOMB.COM Jun 04 2019 23:18:00      Verizon Wireless,    5000 Britton Pky.,
                 Hilliard, OH 43026-9445
4747716       +EDI: WFFC.COM Jun 04 2019 23:18:00      Wells Fargo Bank, N.A.,    PO Box 5058 MAC P6053-021,
                 Portland, OR 97208-5058
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4728821         Credit Acceptance Corporation25505 West 12 Mile Ro
4707319         Met-Ed - 2800 Pottsville Pike, Reading, PA 19605
4701753*       +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 502,   Camp Hill, PA 17011-6943
4701761*       +LVNV Funding, LLC,    P O Box 10497,   Greenville, SC 29603-0497
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
4729423       ##+Porania LLC,   P. O. Box 11405,    Memphis TN 38111-0405
                                                                                TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
```
              Danielle Boyle-Ebersole    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 John Daniel Wolfe ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 2 Carol Denise Wolfe ephillips@larrywwolf.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc dba GM Financial
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                              TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

John Daniel Wolfe,

**Debtor 1**

Carol Denise Wolfe,

**Debtor 2**

Chapter 7

Case No. 1:15−bk−04164−HWV

## Order

After notice and opportunity for a hearing thereon, it appearing that both Debtors failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to both Debtors.

Dated: June 4, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

ordsmiss (05/18)